```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
            IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,        ) 1:07-cr-0282 LJO
11                                   )
                 Plaintiff,          )
12                                   )
         v.                          ) ORDER
13                                   )
                                     )
14  VICENTE GONZALEZ, et al.,        )
                                     )
15               Defendants.         )
    _____)
16
17       Having read and considered the parties' stipulation to
18  continue the current status conference date of April 25, 2008,
19  to May 23, 2008, in this matter,
20       IT IS THE ORDER of the Court that the current status
21  conference date is hereby continued to May 23, 2008, at 9:00 a.m.
22       The Court further finds that the ends of justice served by
23  granting the requested continuance outweigh the best interests of
24  the public and the defendants in a speedy trial, in that the
25  failure to grant the continuance would deny the parties an
26  opportunity to potentially resolve this matter and would deny the
27  defendants an opportunity to properly investigate.
28       WHEREFORE IT IS HEREBY ORDERED that time shall be excluded
```

1

```
in the interest of justice, pursuant to 18 U.S.C. §
3161(h)(8)(A).
```

IT IS SO ORDERED.

**Dated:   April 16, 2008**                             /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE