```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-0282 LJO |
| Plaintiff, ) | |
| v. ) | ORDER |
| VICENTE GONZALEZ, ) | |
| Defendants. ) | |

Having read and considered the parties' stipulation to continue the current sentencing date of August 15, 2008, to October 10, 2008, in this matter,

IT IS THE ORDER of the Court that the current sentencing date is hereby continued to October 10, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 31, 2008**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE