GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:07-cr-00282 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | |
| vs. ) | CONTINUE SENTENCING |
| ) | |
| VICENTE GONZALEZ ) | DATE: January 9, 2009 |
| ) | |
| Defendant, ) | TIME: 9:00 a.m. |
| ) | |
| ) | |
| _____ ) | |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from November 21, 2008, until January 9, 2009. The parties further stipulate and agree that the resulting period of delay occurring between November 21, 2008, and January 9, 2009, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: November 17, 2008

By:  /s/ _____
McGREGOR W. SCOTT
United States Attorney
Karen Ann Escobar
Assistant U.S. Attorney

Dated: November 17, 2008

/s/ Glenn  LoStracco
Glenn  LoStracco
Attorney for Defendant

1

**ORDER**

2

3   IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby

4   continued to January 9, 2009. It is further ordered that time shall be excluded from November

5   21, 2008 to January 9, 2009 at 9:00am, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and

6   3161(h)(1)(I).

7

8   Dated:  November 19, 2008                    /s/ Lawrence J. O'Neill
                                                 Honorable Lawrence J. O'Neill
9                                                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28