LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

MAY 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-cr-0282 LJO |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| ERIKA VALDOVINOS, | ) |
| Defendant. | ) |

Having considered the government's agreement to dismiss the charges against the above-named defendant at the time of sentencing of co-defendant Vicente Gonzalez and in light of the government's oral motion made on May 15, 2009, to dismiss the charges as to the defendant, pursuant to said agreement,

IT IS THE ORDER of the Court that the charges as to the above-named defendant are hereby dismissed in the interest of justice.

DATED: May 21, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1